# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2021

161646

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

*In re* CARLSEN ESTATE.
_____

MINDY CARLSEN and ALLEN CARLSEN,
Co-Personal Representatives of the ESTATE OF
KINZIE RENEE CARLSEN,
            Petitioners-Appellants,

v

SOUTHWEST MICHIGAN EMERGENCY
SERVICES, PC,
            Respondent-Appellee.

SC: 161646
COA: 352026
Van Buren PC: 2012-001118-DE

_____/

On order of the Court, the application for leave to appeal the April 24, 2020 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2021



Clerk

t0317